IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dennis Rule,                                    Case No. 3:09 CV 1535

                              Plaintiff,        MEMORANDUM OPINION
                                                AND ORDER
              -vs-
                                                JUDGE JACK ZOUHARY
Commissioner of Social Security,

                              Defendant.

The Court has reviewed the Report and Recommendation of the Magistrate Judge filed

September 9, 2009.  Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

> Within ten days after being served with a copy, any party may serve and file written
> objections to such proposed findings and recommendations as provided by rules of
> court.  A judge of the court shall make a de novo determination of those portions of
> the report or specified proposed findings or recommendations to which objection is
> made.

In this case, the ten-day period has elapsed and no objections have been filed.  The failure to file

written objections constitutes a waiver of a *de novo* determination by the district court of an issue

covered in the report.  *United States v. Sullivan*, 431 F.3d 976, 984 (2005).

The  Court adopts the Magistrate Judge's Report and Recommendation (Doc. No. 17) in its

entirety, noting that this Order confirms the Joint Stipulation of the parties to remand this matter back

to the Commissioner.

IT IS SO ORDERED.

                              ___s/ Jack Zouhary____
                              JACK ZOUHARY
                              U. S. DISTRICT JUDGE

                              October 2, 2009